IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80233 CIV-MARRA / JOHNSON

STEPHEN RENFROW
REGINA CAMPBELL, husband and wife,

    Plaintiffs,

vs.

FIRST MORTGAGE AMERICA, INC.;
THE FINANCIAL GROUP, INC.;
WASHINGTON MUTUAL BANK f/k/a
WASHINGTON MUTUAL BANK, F.A.;
UNKNOWN OWNERS OF THE EVIDENCE OF
THE DEBT and/or OWNERS OF THE NOTE,

    Defendants.
_____/

### MOTION TO COMPEL RESPONSES TO PLAINTIFFS' FIRST INTERROGATORIES

Plaintiffs, Stephen Renfrow and Regina Campbell, ("Plaintiffs") by and through their undersigned attorney, and pursuant to Federal Rule of Civil Procedure 37, hereby moves to compel Defendants, Washington Mutual Bank and FDIC, ("Defendants") to respond to Plaintiffs' First Interrogatories. In support thereof, Plaintiffs assert as follows:

1) On December 10, 2009, Plaintiffs served Defendants with their First Interrogatories. Copies of the requests are attached hereto as **Exhibit "A."**

2) Responses were due no later than January 11, 2010. Defendants never responded.

3) Plaintiffs have made multiple efforts to reach out to Defendants to obtain responses but as of the date of filing this Motion, no response has been served.

4) Due to the failure to respond, Plaintiffs assert that Defendants have waived any and all objections.

WHEREFORE, Plaintiffs respectfully requests that this Court enter an Order compelling Defendants to respond to the Interrogatories.

### CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counselor parties who are not authorized to receive electronically Notices of Electronic Filing.

By: ___/s/ William H. Pincus___
William H. Pincus
Florida Bar No. 65595

### SERVICE LIST

Steven Ellison
Broad & Cassel
1 North Clematis Street
Suite 500
West Palm Beach, FL 33401-5049
Telephone: 561-832-3300
Fax:   561-655-1109
E-Mail:   sellison@broadandcassel.com

Opposing counsel has been served with this document via E-Mail and the Notice of Electronic Filing generated by the CM/ECF.