IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80233 CIV-MARRA / JOHNSON

STEPHEN RENFROW
REGINA CAMPBELL, husband and wife,

      Plaintiffs,

vs.

FIRST MORTGAGE AMERICA, INC.;
THE FINANCIAL GROUP, INC.;
WASHINGTON MUTUAL BANK f/k/a
WASHINGTON MUTUAL BANK, F.A.;
UNKNOWN OWNERS OF THE EVIDENCE OF
THE DEBT and/or OWNERS OF THE NOTE,

      Defendants.
_____/

## MOTION TO DEEM PLAINTIFFS' FIRST REQUEST FOR ADMSSIONS ADMITTED

Plaintiffs, Stephen Renfrow and Regina Campbell, ("Plaintiffs") by and through their undersigned attorney, and pursuant to Federal Rule of Civil Procedure 37, hereby move for an order finding that Defendants, Washington Mutual Bank and FDIC have admitted to each request for admission. In support thereof, Plaintiffs assert as follows:

1) On December 10, 2009, Plaintiffs served Defendants, Washington Mutual Bank and FDIC with their First Requests for Admission. Copies of the requests are attached hereto as **Exhibit "A."**

2) Responses were due no later than January 11, 2010. Defendants never responded.

3) Plaintiffs have made multiple efforts to reach out to Defendants to obtain responses but as of the date of filing this Motion, no response has been served.

4) Due to the failure to respond, the requests should be deemed admitted. *See Asset*

*Management Consultants of Va., Inc. v. City of Tamarac*, 913 So.2d 1179 (4th DCA 2005).

WHEREFORE, Plaintiffs respectfully requests that this Court enter an Order finding that Defendants has admitted to each request for admission.

### CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counselor parties who are not authorized to receive electronically Notices of Electronic Filing.

By:    /s/ William H. Pincus
        William H. Pincus
        Florida Bar No. 65595

### SERVICE LIST

Steven Ellison
Broad & Cassel
1 North Clematis Street
Suite 500
West Palm Beach, FL 33401-5049
Telephone: 561-832-3300
Fax:   561-655-1109
E-Mail:   sellison@broadandcassel.com

Opposing counsel has been served with this document via E-Mail and the Notice of Electronic Filing generated by the CM/ECF.