IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80233 CIV-MARRA / JOHNSON

STEPHEN RENFROW
REGINA CAMPBELL, husband and wife,

      Plaintiffs,

vs.

FIRST MORTGAGE AMERICA, INC.;
THE FINANCIAL GROUP, INC.;
WASHINGTON MUTUAL BANK f/k/a
WASHINGTON MUTUAL BANK, F.A.;
UNKNOWN OWNERS OF THE EVIDENCE OF
THE DEBT and/or OWNERS OF THE NOTE,

      Defendants.
_____/

## NOTICE OF SERVING PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS TO WASHINGTON MUTUAL BANK AND FDIC

Plaintiffs, STEPHEN RENFROW and REGINA CAMPBELL, serve their Request for Admissions pursuant to Fed.R.Civ.P. 36 and requests that Defendant Washington Mutual and FDIC respond within the time prescribed by Fed.R.Civ.P. 36.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via facsimile and U.S. mail to Steven Ellison, Esq., Broad and Cassel, 1 North Clematis Street, Suite 500, West Palm Beach, FL 33401 on December 10, 2009.

      LAW OFFICES OF WILLIAM H. PINCUS
      324 North Lakeside Court
      West Palm Beach, Florida 33407
      Telephone:   561-868-1340
      Facsimile:   561-366-1310
      E-mail: rcurrier@whpincuslaw.com

By: _____
      Romin N. Currier
      Florida Bar No. 566985

## INSTRUCTIONS FOR RESPONDING

1    In responding to these inquiries and requests, you must make a diligent search of your records and of other papers and materials in your possession or available to you or your representative.

2.    If any of the individual inquiries or requests is ambiguous in any way, please send a letter to the undersigned counsel describing the ambiguity and it will be promptly clarified in a reply letter. If any individual inquiry or request (or subpart thereof) is deemed to be unduly burdensome, please send a letter to the undersigned counsel specifying the reasons why the request is unduly burdensome and stating whatever information and knowledge you have of the information and/or documents called for in the request; and (generally) an attempt will be made to rephrase the request (or subpart thereof) in a reply letter to lessen the burdens of compliance. Any such reply letter may be treated by the parties to whom it is addressed as a modification of the particular request.

3.    Unless words or terms have been given a specific definition herein, each word or term used herein shall be given its usual and customary dictionary definition except where such words have a specific custom and usage definition in your trade or industry, in which case they shall be interpreted in accordance with such usual custom and usage definition of which you are aware. In construing the inquiries and request herein: (i) the singular shall include the plural and the plural shall include the singular; (ii) a masculine, feminine or neuter pronoun shall not exclude the other genders; and (iii) the words "and" and "or" shall be read in the conjunctive or disjunctive or both as the case may be, all to <u>the end that the interpretation applied results in the more expansive production.</u>

8.    Each question seeks information available to Defendants, Washington Mutual and FDIC, their attorneys or agents, and all persons acting in their behalf. Accordingly, as used herein, the terms "Defendant", "you" and "your" refer without limitation to Washington Mutual, FDIC, their attorneys and agents, and all persons acting on their behalf.

## REQUEST FOR ADMISSIONS

1. Admit that Washington Mutual owned the note on the Renfrow's property that is the subject of this lawsuit.

2. Admit that Washington Mutual is the current holder of the note on the Renfrow's property that is the subject of this lawsuit.

3. Admit that Washington Mutual sold the note to the Renfrow's property that is the subject of this lawsuit.

4. Admit that the FDIC owned the note on the Renfrow's property that is the subject of this lawsuit.

5. Admit that the FDIC is the current holder of the note on the Renfrow's property that is the subject of this lawsuit.

6. Admit that the FDIC sold the note to the Renfrow's property that is the subject of this lawsuit.