IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80233 CIV-MARRA / JOHNSON

STEPHEN RENFROW
REGINA CAMPBELL, husband and wife,

      Plaintiffs,

vs.

FIRST MORTGAGE AMERICA, INC.;
THE FINANCIAL GROUP, INC.;
WASHINGTON MUTUAL BANK f/k/a
WASHINGTON MUTUAL BANK, F.A.;
UNKNOWN OWNERS OF THE EVIDENCE OF
THE DEBT and/or OWNERS OF THE NOTE,

      Defendants.
_____/

**MOTION TO COMPEL BETTER RESPONSES TO**
**PLAINTIFFS' FIRST INTERROGATORIES**

Plaintiffs, Stephen Renfrow and Regina Campbell, ("Plaintiffs") by and through their undersigned attorney, and pursuant to Federal Rule of Civil Procedure 37, hereby moves to compel Defendant, FDIC, ("Defendant") to provide better responses to Plaintiffs' First Interrogatories. In support thereof, Plaintiffs assert as follows:

1)    Plaintiffs have asserted claims for, *inter alia*, violation of the Truth in Lending Act ("TILA").

2)    Plaintiffs' initial mortgage lender on their home was Washington Mutual.

3)    From Plaintiffs' investigation, Washington Mutual – along with others – violated Plaintiffs' TILA when they, *inter alia*, misrepresented the costs of the closing and failed to disclose required information.

4)    Plaintiffs sued but Washington Mutual was subsequently taken over by FDIC.

5) On December 10, 2009, Plaintiffs served Defendants with their First Interrogatories. Requests and Responses are attached hereto as **Exhibit "A."**

6) Plaintiffs served FDIC with Interrogatories that were targeted at identifying the current holder of the mortgage because that third party must be added as a necessary party to this lawsuit.

7) After numerous attempts to obtain responses from opposing counsel and a Motion to Compel, on March 19, 2010, Defendant finally responded. *See* Responses dated March 19, 2010 attached hereto as **Exhibit "B."**

8) Defendant's response, however, is insufficient. Specifically, in response to Interrogatory #2, FDIC responded that "it believed" that the mortgage was sold to JPMorgan Chase. *See* Response to Interrogatory #2.

9) At the same time, FDIC said "the investor on the loan is now FHLMC REMIC 2005-S001." *Id*.

10) Despite numerous attempts to clarify this response, to date, FDIC has refused to respond.

11) On April 12, 2010, this Court entered an Order setting the deadline for adding additional parties as May 21, 2010. **[DE 48]**.

12) Plaintiffs have no choice but to ask this Court for relief. The only party that will know to whom the FDIC sold Plaintiffs' note is the FDIC. Despite efforts dating back to 2009 to discover this information, to date, Plaintiffs still do not know this information nor which additional parties must be added.

13) Plaintiffs have attempted to discuss settlement but because the holder of the note has still not been identified – and thus has not been made a party to this lawsuit – settlement talks

have proven fruitless.

WHEREFORE, Plaintiffs respectfully requests that this Court enter an Order compelling FDIC to specifically identify the holder of the Plaintiff's mortgage and note, including all contact information necessary to serve the holder, including the name and address for the registered agent.

### CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counselor parties who are not authorized to receive electronically Notices of Electronic Filing.

By:   /s/ William H. Pincus
       William H. Pincus
       Florida Bar No. 65595

### SERVICE LIST

Steven Ellison
Broad & Cassel
1 North Clematis Street
Suite 500
West Palm Beach, FL 33401-5049
Telephone: 561-832-3300
Fax:   561-655-1109
E-Mail:   sellison@broadandcassel.com

Opposing counsel has been served with this document via E-Mail and the Notice of Electronic Filing generated by the CM/ECF.