IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80233 CIV-MARRA – MAGISTRATE JOHNSON

STEPHEN RENFROW,
REGINA CAMPBELL, husband and wife,

                Plaintiffs,

vs.

FIRST MORTGAGE AMERICA, INC.;
THE FINANCIAL GROUP, INC.;
WASHINGTON MUTUAL BANK f.k.a
WASHINGTON MUTUAL BANK, F.A.;
UNKNOWN OWNERS OF THE EVIDENCE OF
THE DEBT and/or OWNERS OF THE NOTE,

                Defendants.

_____

## ANSWERS TO PLAINTIFFS' FIRST SET OF INTERROGATORIES

Defendant, Federal Deposit Insurance Corporation as Receiver for Washington Mutual Bank, serves this its Answers to Plaintiffs' First Set of Interrogatories 1 through 4, propounded to it on December 10, 2009.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 19th, 2010, I hereby certify that the original Answers to the Interrogatories have been mailed by United States Postal Service to: Romin N. Currier, Esquire, Law Offices of William H. Pincus, 324 North Lakeside Court, West Palm Beach, FL 33407.

                              BROAD AND CASSEL
                              Attorneys for FDIC as Receiver for
                              Washington Mutual Bank
                              1 North Clematis Street, Suite 500
                              West Palm Beach, FL 33401
                              Telephone: (561) 832-3300
                              Facsimile: (561) 655-1109
                              Email: sellison@broadandcassel.com

                              By: /s/ Steven Ellison
                                  STEVEN ELLISON
                                  Florida Bar No. 510319

## INTERROGATORIES

1. Please state the name, address, telephone number and position of the person answering these Interrogatories.

**Answer:** Robert Schoppe
Assistant Director, Strategic Operations
FDIC, Dallas Regional Office

2. Please state if the note to Renfrow's property was sold or otherwise transferred and, if so, the name, address and telephone number of the entity to whom the note had been sold or transferred.

**Answer:** In connection with the FDIC's closure of Washington Mutual Bank, certain assets of the company were sold to JPMorgan Chase ("JPMC") and it is believed that the Renfrow Note and Mortgage was among those documents. The investor on the loan is now FHLMC REMIC 2005-S001 and is being serviced by JPMC.

3. Identify all persons that have knowledge of the facts relevant to this case and identify each person(s) name, address and telephone number.

**Answer:** Stephen Renfrow c/o Law Offices of William H. Pincus
Regina Campbell c/o Law Offices of William H. Pincus
Corporate Representative of the Financial Group, Inc.
Corporate Representative of Liberty Trust Title, LLC
Corporate Representatives of the FDIC as Receiver for Washington Mutual Bank
Corporate Representative of JPMC

4. For each person identified in #3 above, set forth in detail the facts known by each.

**Answer:** Defendant is unaware of what facts are known by Mr. Renfrow, Ms. Campbell or First Mortgage America, Inc. The title company is knowledgeable regarding the services it rendered and the closing transaction which took place. The corporate representatives of the FDIC as Receiver will be able to discuss the closing of Washington Mutual Bank, the FDIC Receiver's obligations in operating and closing the Receivership and the Purchase and Assumption Agreement between the FDIC as Receiver and JPMC. The corporate representative of JPMC will have knowledge concerning the business records of the various servicers of the loan in connection with the loan transaction, the status of the loan, the current owner of the loan, advances made regarding the loan, all amounts due and owing and the location of records.

## SIGNATURE NOTARIAL ATTESTATION

THE ATTACHED Interrogatories have been answered by me and are true and correct to the best of my knowledge.

Dated at Dallas County, Texas this _11_ day of _March_, 2010.

_____
Robert Schoppe
FDIC Receiver's Representative

STATE OF TEXAS            )
                          ) ss.
COUNTY OF DALLAS          )

Sworn to and subscribed before me by _Robert Schoppe_, on this _11_ day of _March_, 2010, who is personally known to me or has produced _____ as identification and who did/did not take an oath.

[SEAL: BETH COLLYAR / MY COMMISSION EXPIRES / October 29, 2013]

NOTARY PUBLIC _Beth Collyar_
State of Texas
My commission expires: _10-29-2013_